■ THE PEOPLE OF THE STATE OF NEW YORK v. PEDRO PEREIRA and HECTOR CRUZ.— Motion to dismiss appeal granted. (See *People* v. *Brabson,* 31 A D 2d 524.) Concur — Stevens, J. P., Eager, Tilzer, McGivern and Rabin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES TERRY.— Motion to dismiss appeal granted. (See *People* v. *Brabson,* 28 A D 2d 989; *People* v. *Brabson,* 31 A D 2d 524.) Concur — Stevens, J. P., Eager, Tilzer, Rabin and McNally, JJ.

## (December 12, 1968)

■ MARY L. WEITZ, Respondent, v. LOUIS WEITZ, Appellant. — Judgment unanimously modified on the law and the facts and in the exercise of discretion, to the extent of reducing the award to plaintiff of an additional counsel fee to the sum of $10,000, and otherwise the judgment is affirmed, without costs or disbursements to either party. Under the circumstances, the award of additional counsel fee was excessive and in our opinion an award of $10,000 would be more appropriate. Concur — Stevens, J. P., Capozzoli, Tilzer, Rabin and McNally, JJ.